■ In the Matter of the Arbitration Between MICHAEL DRENNEN, as President of American Federation of State, County and

Municipal Employees, Local 650, AFL-CIO, Respondent, and CITY OF BUFFALO et al., Appellants. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Lindley, J.P., Sconiers, Gorski and Martoche, JJ.